IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,           Case No. 3:15-CR-89
         Plaintiff,
    -vs-                           Chief Magistrate Judge Ovington

Mary Dalton,

         Defendant.

## ORDER

On motion of the Defendant after being of the consequences under the Speedy Trial Act, the Court finds the Defendant understands the consequences of such a waiver of any possible objection under the Speedy Trial Act as to the charges under Counts 1 through 10, making her request for such waiver a knowing, intelligent, and voluntary act. The period of such waiver is therefore from the date of arraignment until the scheduled status conference for the establishment of a trial date on September 16, 2016.

Pursuant to 18 U.S.C., Section 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial.

IT IS SO ORDERED.

Date: 9/16/16

Chief United States Magistrate Judge

Defendant: *Mary M. Dalton*

Defense Counsel: _____